AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

**FILED**
**10:00 am Jul 29 2022**
**Clerk U.S. District Court**
**Northern District of Ohio**
**Toledo**

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Information associated with the Kik account "workitgood08_ies@talk.Kik.com", and any and all other accounts which Kik knows are subscribed to by Martin Lee WILCOXON

Case No. 3:22MJ5240

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A.

located in the **Northern** District of **Ohio**, there is now concealed *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) and (e) | Attempted Sexual Exploitation of Children |
| 18 U.S.C. § 2422(b) | Coercion and Enticement |
| 18 U.S.C. § 2252(a)(2) | Receipt and Distribution of Child Pornography |

The application is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

SA Matthew Cromly, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by **telephone, after a PDF was submitted via electronic mail** *(specify reliable electronic means)*.

Date: July 29, 2022

*Judge's signature*

City and state: Toledo, OH

Darrell A. Clay, U.S. Magistrate Judge
*Printed name and title*